UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-394-D-15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| SAMEER MOHAMMAD DARI | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Superseding Indictment No. 5:21-CR-394-D-15 against the above-captioned defendant due to the following:

On December 17, 2022, the above-referenced defendant was indicted in File No. 5:22-CR-329-D-1 to better reflect his participation in the cigarette trafficking conspiracy related to this action.

[remainder of page intentionally left blank]

Respectfully submitted, this 7th day of March 2023.

        MICHAEL F. EASLEY, JR
        United States Attorney

        /s/ Sebastian Kielmanovich
        SEBASTIAN KIELMANOVICH
        Assistant United States Attorney
        Criminal Division
        United States Attorney's Office
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone (919) 856-4909
        Fax (919) 856-4487
        sebastian.kielmanovich@usdoj.gov
        N.C. Bar # 32775

Leave of Court is granted for the filing of the foregoing dismissal.

        _/s/ Dever_____
        JAMES C. DEVER III
        United States District Judge

Date: March 9, 2023